# WRITTEN CONSENT OF THE SOLE
# MEMBER OF
# ATLANTA WOMEN'S SPECIALISTS, LLC

The undersigned, being the sole Member (the "Member") of ATLANTA WOMEN'S SPECIALISTS, LLC, a Georgia limited liability company (the "Company"), hereby consents and agrees to the following actions:

**WHEREAS**, Section 5.1 of the Company's Operating Agreement dated effective February 1, 2012, provides that the management of the Company will be vested in the Member;

**WHEREAS**, the Member has determined that it is in the best interest of the Company to file either Chapter 7 or Chapter 11 bankruptcy (the "Bankruptcy") as may be further determined by the Member upon the advice of bankruptcy counsel, Matthew Levin, Esq., or any successor counsel;

**NOW, THEREFORE, BE IT RESOLVED**, the Member hereby approves, agrees, and authorizes the Company to file the Bankruptcy;

**FURTHER RESOLVED**, that any duly appointed officer of the Member, or, at his direction, the President of the Company (each, an "Authorized Officer"), is hereby authorized, directed and empowered to take all such actions, execute all such documents, and file any documents with the United States Bankruptcy Court for the Northern District of Georgia, as such Authorized Officer may deem necessary or desirable to consummate and carry out intent of the Bankruptcy and the foregoing resolutions; and

**FURTHER RESOLVED**, that any actions taken by the Member of the Company, or the Authorized Officer, as may be necessary to consummate the transactions contemplated by the Bankruptcy and the foregoing resolutions, are hereby approved, ratified and confirmed in all respects.

[Signatures on the following page]

Execution of this Written Consent by the undersigned, being the sole Member of the Company, waives any requirement of a formal meeting to conduct the business referred to herein. Any signature can be delivered to the Company via facsimile, email or other electronic method, and will be treated as an original for all purposes.

This Written Consent shall be effective as of __23 February__, 2022.

**THE MEMBER:**

**ATLANTA WOMEN'S HEALTH GROUP, P.C.**

By: _____Gene ~~~ MD FAIRBROTHER_____

Office of the CEO

4861-1890-6890, v. 1