# United States Bankruptcy Court
## Northern District of Georgia

### Request for Change of Address

Case Name: __Atlanta Women's Specialists, LLC__

Case No.: __22-51469__    Judge: __Hagenau__    Chapter: __7__

**Change of Address for:**
Debtor ___    Creditor __x__    Attorney for Debtor ___    Attorney for Creditor ___

**Change for:**
Notices ONLY ___    Payments ONLY ___    Notices and Payments __X__

EFFECTIVE DATE OF CHANGE: __12/27/2021__

Name: __GSK__
(Please Print)

Prior Address: __5 Crescent Drive__
__Mailstop NY0200__

*************************************************************

New Address: __GSK__
__5 Crescent Drive__
__Mailstop NY0200__
__Philadelphia, PA 19112__

Change of Address Was Furnished By: Debtor __X__    Creditor ___    Attorney for Creditor ___

Date: __2/25/22__    Signature of Filer: _[signature]_

Telephone Number: __404-893-3880__

| IF FILED BY ATTORNEY |
|---|

Attorney Name: __Matthew W. Levin__
(Please Print)

Bar ID: __448270__

Address: __Scroggins & Williamson, P.C.__
__4401 Northside Parkway, Suite 450__
__Atlanta, GA 30327__