**IT IS ORDERED as set forth below:**



Date: March 2, 2022

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ATLANTA WOMEN'S SPECIALISTS, LLC, | : | CASE NO. 22-51469-wlh |
| | : | |
| Debtors | : | |
| | : | |

**ORDER AUTHORIZING TRUSTEE TO (1) OPERATE BUSINESS FOR LIMITED PERIOD, (2) ENTER INTO MANAGEMENT AGREEMENT, (3) PAY OPERATING EXPENSES IN ORDINARY COURSE, AND (4) USE EXISTING BANK ACCOUNT FOR LIMITED PURPOSE**

Atlanta Women's Specialists, LLC ("Debtor") filed a voluntary Chapter 7 case on February 23, 2022. Debtor engages in the business of providing obstetric and gynecological services (the "Business"). Cathy L. Scarver was appointed interim trustee ("Trustee"). The matter is before the Court on the *Trustee's Emergency Motion for Authority to (1) Operate Business for Limited Period, (2) Enter into Management Agreement, (3) Pay Accrued Payroll and Operating Expenses in Ordinary Course, and (4) Use Existing Bank Account for Limited Purpose* (the "Motion")(Doc.

No. 14). Pursuant to its *Order and Notice of Hearing* (Doc. No. 16), the Court held an expedited hearing on the Motion on March 1, 2022 (the "Hearing").

Present at all or part of the Hearing were (i) Trustee and her counsel, G. Frank Nason, IV, (ii) Debtor's counsel, Matthew W. Levin, (iii) Johns Taylor, III, Chief Administrative Officer for Atlanta Women's Heath Group, P.C. ("AWHG"), the sole member of Debtor and Atlanta Obstetrics & Gynecology Specialists of Georgia, LLC, a Georgia limited liability company ("AOGS"), (iv) Counsel for AOGS and AWHG, David A. Wender, (v) Lindsay P. S. Kolba and R. Jeneane Treace, attorneys for the United States Trustee (the "UST"), and (vi) counsel for Shannon Marie Trabue and Keith Trabue, James W. Stone.

Based on the representations at the Hearing and the comments and questions by the persons present, it is

ORDERED that the Motion is GRANTED, subject to the terms, conditions, and clarifications of this Order; it is further

ORDERED that Trustee is authorized pursuant to 11 U.S.C. § 721 to operate the Business in the manner contemplated in the Motion and as approved hereunder for a period of seventy-five (75) days from the entry of this Order; and it is further

ORDERED that Trustee shall file in a format agreed to by the UST, monthly operating reports of the Business, including a statement of receipts and disbursements, and such other information as may be required by the UST, to be due on the twenty-first day after the end of each calendar month until the Business is sold or ceases operations; and it is further

ORDERED that Trustee is authorized to enter into the Management Services Agreement (the "Agreement") with AOGS as attached to the Motion; and it is further

ORDERED that the Agreement is approved, subject to the terms, conditions, and clarifications of this Order; it is further

ORDERED that notwithstanding anything in the Agreement, no payments shall be made on behalf of any debt owed AWHG or Medical Business Management, LLC ("MBM") arising prior to the Effective Date of the Agreement; provided, however, that AOGS and AWHG are authorized to fund in the ordinary course the AWHG 401(k) Retirement Plan from amounts withheld or attributable to employees of Debtor; and it is further

ORDERED that in addition to the reporting set forth in Article 2.8 of the Agreement, AOGS shall remit to Trustee each Tuesday during the Term the AWS Receivables (as defined in the Agreement) collected or received by AOGS the prior week for deposit into Trustee's account; and it is further

ORDERED that neither the Trustee's receipt and deposit of AWS Receivables into the Trustee's account nor the prohibition on making payments on behalf of any debt owed AWHG or MBM arising prior to the Effective Date of the Agreement shall prejudice or otherwise limit any and all rights, claims, or interests of AOGS, AWHG or their affiliates in any such AWS Receivables and shall not constitute a waiver of any rights available to AOGS, AWHG or their affiliates under Section 553 of the Bankruptcy Code or otherwise applicable law; and it is further

ORDERED that AOGS shall execute a Financial Release Form or such other form required by the UST to allow the UST access to any accounts maintained by AOGS to the extent revenues from the operations of the Business are deposited into such accounts; and it is further

ORDERED that Trustee may authorize AOGS to pay the payroll due March 4, 2022, which includes accrued prepetition payroll of Debtor employees; provided, however, that such prepetition payroll paid shall not exceed $13,650 for any individual; and it is further

ORDERED that Trustee may authorize AOGS to pay Estate Liabilities (as defined in the Motion); provided, however, that Estate Liabilities shall not include any amounts owed by Debtor to AWHG, MBM, or their affiliates; and it is further

ORDERED that Trustee is authorized to use Debtor's account at Truist Bank, account ending in 8035 (the "Bank Account"), for the limited purpose of funding and paying the payroll due March 4, 2022, and until AOGS has established a separate bank account from which future payroll may be processed.

[END OF DOCUMENT]

**Prepared and presented by:**

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Counsel for the Chapter 7 Trustee*

By: */s/ G. Frank Nason, IV*
      G. Frank Nason, IV
      Georgia Bar No. 535160
      fnason@lcenlaw.com
6000 Lake Forrest Drive, N.W.
Suite 435
Atlanta, GA  30328
(404) 262-7373

**Identification of parties to be served pursuant to BLR 9013-2 N.D. Ga.:**

G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, N.W., Suite 435, Atlanta, GA  30328

Lindsay P. S. Kolba, Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Cathy L. Scarver, P. O. Box 672587, Marietta, GA 30006

Matthew W. Levin, Scroggins & Williamson, P.C., 4401 Northside Parkway, Suite 450, Atlanta, GA 30327

David A. Wender, Alston & Bird LLP, 1201 West Peachtree St., Atlanta, GA 30309