**IT IS ORDERED as set forth below:**



Date: February 28, 2022

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ATLANTA WOMEN'S SPECIALISTS, LLC, | : | CASE NO. 22-51469-wlh |
| | : | |
| Debtors | : | |
| | : | |

**ORDER AND NOTICE OF HEARING**

Before the Court is the *Motion for Order Shortening Notice and Expediting Hearing on Motion* (the "Expedited Hearing Motion")(Doc. No. 15) filed by Cathy L. Scarver, in her capacity as Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Atlanta Women's Specialists, LLC ("Debtor"). The Court finding that cause exists for the relief sought in the Expedited Hearing Motion, it is

**ORDERED AND NOTICE IS HEREBY GIVEN** that the Court will hold a virtual hearing on the *Trustee's Emergency Motion for Authority to (1) Operate Business for Limited Period, (2) Enter into Management Agreement, (3) Pay Accrued Payroll and Operating Expenses*

*in Ordinary Course, and (4) Use Existing Bank Account for Limited Purpose* (Doc. No. 14) at **2:00 p.m. on March 1, 2022**.

This matter will be heard via video conference on the date set forth above. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Counsel for Trustee is directed to serve this Order and Notice on all parties identified on the Certificate of Service attached to the Expedited Hearing Motion.

[END OF DOCUMENT]

**Prepared and presented by:**

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Proposed Counsel for the Chapter 7 Trustee*

By: /s/ G. Frank Nason, IV
    G. Frank Nason, IV
    Georgia Bar No. 535160
    fnason@lcenlaw.com
6000 Lake Forrest Drive, N.W.
Suite 435
Atlanta, GA  30328
(404) 262-7373

**Identification of parties to be served pursuant to BLR 9013-2 N.D. Ga.:**

G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, N.W., Suite 435, Atlanta, GA  30328

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 22-51469-wlh |
| Atlanta Women's Specialists, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Feb 28, 2022 | Form ID: pdf534 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Atlanta Women's Specialists, LLC, 5445 Meridian Mark Road, NE, Suite 430, Atlanta, GA 30342-4755 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2022             Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cathy L. Scarver | trusteescarver@bellsouth.net ga06@ecfcbis.com;papc1@bellsouth.net;mark@markalavicpa.com |
| David A. Wender | on behalf of Interested Party Atlanta Obstetrics & Gynecology Specialists of Georgia  LLC david.wender@alston.com |
| G. Frank Nason, IV | on behalf of Trustee Cathy L. Scarver fnason@lcenlaw.com emiller@lcenlaw.com;emiller@ecf.courtdrive.com;NasonFR86494@notify.bestcase.com |
| Matthew W. Levin | on behalf of Debtor Atlanta Women's Specialists  LLC mlevin@swlawfirm.com, fharris@swlawfirm.com;centralstation@swlawfirm.com;rwilliamson@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |