UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 7 |
| ATLANTA WOMEN'S SPECIALISTS, LLC, | * | Case No. 22-51469-WLH |
| Debtor. | * | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Keith Trabue, individually and as guardian of Shannon Marie Trabue, and Advocacy Trust, LLC, as conservator for Shannon Marie Trabue (the "Trabues"), Creditors of the Debtor in this bankruptcy case, request that copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following attorneys for the Trabues:

William S. Stone
Michael G. Regas, II
Ryals D. Stone
James W. Stone
5229 Roswell Road. NE
Atlanta, GA 30342
TEL    404/239-0305
FAX    404/445-8003
W. Stone email:  billstone@stonelaw.com
M. Regas email:  mike@stonelaw.com
R. Stone email:  ryals@stonelaw.com
J. Stone email:   james@stonelaw.com

1

**PLEASE TAKE FURTHER NOTICE THAT**, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, suit, motion, notice, or other filing in this matter is intended or shall be deemed to waive the Trabues' rights, claims, actions, relief, or other remedies of any and all kinds whatsoever, in any case, controversy or proceeding related hereto to which the Trabues have or may be entitled under agreements, in law, or in equity, or otherwise, all of which rights, claims, actions, actions, relief, or other remedies are expressly reserved.

This 26th day of June 2022.

                                                Attorneys for Plaintiffs
                                                **THE STONE LAW GROUP**
                                                **TRIAL LAWYERS, LLC**
                                     By: */s/William S. Stone*
                                                William S. Stone
                                                Georgia State Bar No. 648636
                                                Michael G. Regas
                                                Georgia State Bar No., II
                                                Ryals D. Stone 599084
                                                Georgia State Bar No. 831761
                                                James W. Stone
                                                Georgia State Bar No. 328708

5229 Roswell Road NE
Atlanta, GA 30342
TEL    404/239-0305
FAX    404/445-8003
W. Stone email:    billstone@stonelaw.com
M. Regas email:    mike@stonelaw.com
R. Stone email:     ryals@stonelaw.com
J. Stone email:     james@stonelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused to be served true and correct copies of the foregoing Notice of Appearance and Request for Notice and Service of Papers by filing such notice with the Court's CM/ECF system.

This 26th day of June 2022.

*/s/ William S. Stone*

William S. Stone
Attorney for:
Keith Trabue, individually and as guardian of Shannon Marie Trabue, and Advocacy Trust, LLC, as conservator for Shannon Marie Trabue

3