UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| ATLANTA WOMEN'S SPECIALISTS, LLC, | § | CASE NO.  22-51469-WLH |
| | § | |
| <u>                    Debtor.                    </u> | § | |

## TRUSTEE'S REPORT OF SALE

COMES NOW Cathy L. Scarver, Chapter 7 Trustee for the bankruptcy estate of Atlanta Women's Specialists, LLC (the "Debtor"), and hereby reports that the bankruptcy estate sold to Atlanta Obstetrics & Gynecology Specialists of Georgia, LLC ("AOGS"), certain assets of the business operations of the Debtor. The sale included the purchase of certain tangible and intangible assets, the assumption of certain liabilities, and the sale and assignment of certain executory contracts and unexpired leases, all pursuant to the Purchase Agreement attached to the *Motion for Order (the "Sale Order") (I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain of the Debtor's Assets; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* filed at Doc. No. 55 and approved by the *Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain of the Debtor's Assets; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief*, entered on the docket on May 27, 2022 (Doc. No. 66).

The Sale closed on or about May 27, 2022, for the total purchase price of $5,925,295.00, detailed as set forth on Schedule "A."

This 27 of June, 2022.

                                                                                        */s/ Cathy L. Scarver*
                                                                                 Cathy L. Scarver, Chapter 7 Trustee

P.O. Box 672587
Marietta, Georgia 30006
Phone: 404-551-5142
Fax: 404-806-9652
Email: trusteescarver@bellsouth.net

## SCHEDULE "A"

| | |
|---|---|
| Cash for: | $ 900,000.00 |
| Certain Assets employed in the Business Operations, including Funds in Bank Accounts, Accounts Receivable, Notes Receivable Leasehold Improvements, Office Medical Equipment, Computer Equipment, Office Furniture, Inventory, Good Will and Other Personal Property | |
| Assumed Liabilities Owed to Parent Company, AWHG: | $1,134,163.46 |

| | |
|---|---|
| Insurance Refunds | $    65,264.46 |
| 401(k) Payments | $    43,783.54 |
| Corporate Services | $  101,209.00 |
| Patient Refunds | $  738,902.57 |
| Allocated Expenses | $  162,468.95 |
| Partner Buy-In Loan | $    22,534.94 |
| Total | $1,134,163.46 |

| | |
|---|---|
| Assumed Liability for 2 Office Real Property Leases | $3,648,671.13 |
| Payroll due Physicians for Prepetition A/R Collected Post Petition | $ 166,814.88 |
| Monthly Costs for Assumed Contracts and Leases (Excluding Office Lease Payments) | $  $75,645.53 |
| **Total Purchase Price** | $5,925,295.00 |